Miguel TRIMBLE, Petitioner

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 05SC762.

Supreme Court of Colorado,
En Banc.

June 11, 2007.

Rehearing Denied July 2, 2007.*

Samler and Whitson, P.C., Eric A. Samler, Hollis A. Whitson, Denver, Colorado, Attorneys for the Petitioner.

John Suthers, Attorney General, Patricia R. Van Horn, Assistant Attorney General, Denver, Colorado, Attorneys for the Respondent.

PER CURIAM.

Justice Hobbs, Justice Rice, and Justice Coats are of the opinion that the judgment of the court of appeals, No. 03CA647 (Colo.App. Sept. 1, 2005) (not selected for official publication pursuant to C.A.R. 35(f)) should be affirmed, whereas Chief Justice Mullarkey, Justice Martinez, and Justice Bender are of the opinion that it should be reversed.

Since the court is equally divided, the decision of the court of appeals is affirmed by operation of law. *See* C.A.R. 35(e).

Justice EID does not participate.

Michael CARTON, Petitioner

v.

The PEOPLE of the State of
Colorado, Respondent.

No. 06SC436.

Supreme Court of Colorado,
En Banc.

June 11, 2007.

Patrick J. Mulligan, Denver, Colorado, Attorney for the Petitioner.

John W. Suthers, Attorney General, Paul Koehler, Assistant Attorney General, Denver, Colorado, Attorneys for the Respondent.

PER CURIAM.

Justice Hobbs, Justice Rice, and Justice Coats are of the opinion that the judgment of the court of appeals, No. 04CA90 (Colo.App. May 4, 2006) (not selected for official publication pursuant to C.A.R. 35(f)) should be affirmed, whereas Chief Justice Mullarkey, Justice Martinez, and Justice Bender are of the opinion that it should be reversed.

Since the court is equally divided, the decision of the court of appeals is affirmed by operation of law. See C.A.R. 35(e).

Justice EID does not participate.

* Justice Eid does not participate.